IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

EMILIA MARTINEZ; VICTOR PIERINI;
and LAUREL RINGUIS                                                                    PLAINTIFFS

v.                                          No. 2:14-CV-02090

BOST, INC., d/b/a BOST                                                                DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 13th day of March, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE